DEFENDANT:          WILLIAM BLAKE PLSEK

YOB/AGE:            1981

COMPLAINT          _____ Yes      ____x___ No
FILED?
                   If Yes, MAGISTRATE CASE NUMBER_____

OFFENSE(S):        (1) 21 U.S.C. § 846 Conspiracy to possess w/ intent to distribute a controlled
                       substance

LOCATION OF        Boulder County, CO
OFFENSE:

PENALTY:           (1) 21 U.S.C. § 846: NMT 20 years imprisonment; NLT 3 years SR; NMT life
                       SR; NMT $1,000,000 fine, or both; $100 SA

AGENT:             HSI SA Kevin Vassighi


AUTHORIZED         Andrea Surratt
BY:                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:


  x   five days or less _____ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.