AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.   22-mj-00104-SKC |
| | ) | |
| | ) | |
| | ) | |
| WILLIAM BLAKE PLSEK, | ) | |
| *Defendant* | | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* WILLIAM BLAKE PLSEK, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 846      Conspiracy to possess with intent to distribute a controlled substance

Date:   06/17/2022

_____
*Issuing officer's signature*

City and state:   Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* at *(city and state)* _____. |
| Date: _____   |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |